

# Missouri Court of Appeals
## Southern District

## SEPTEMBER 25, 2015

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.   Case No.  SD33434

     Re:   ASHLEY DYANE ELLIS (PAYNE),
           Respondent-Appellant,
           vs.
           KERRIN AARON PAYNE,
           Petitioner-Respondent.